# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 17-1423
Sheriff's Sale Date: _____

v.

LONNA KAY SPELGATTI, ET AL,
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LONNA KAY SPELGATTI the above process on the 24 day of May, 2017, at 12:55 o'clock, PM, at 471 OLD HERSHEY ROAD APT 6 ELIZABETHTOWN, PA 17022, County of Lancaster, Commonwealth of Pennsylvania:

Manner of Service:

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: MARK MELUSKEY
Relationship/Title/Position: CO-HABITANT
Remarks: _____
Description: Approximate Age 46-50   Height 5'10   Weight 230   Race WHITE   Sex MALE   Hair BALD/NONE
Military Status: [✓] No   [ ] Yes   Branch: _____

Commonwealth/State of __PA__ )
) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this __25__ day of __MAY__, 20__17__.

_____
Notary Public

File Number: USA-168046
Case ID #: 4890390

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017