IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 17-1423 |
| v. | : | |
| | : | |
| LONNA KAY SPELGATTI, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 12th day of July, 2017, it is hereby **ORDERED** that a **HEARING** on plaintiff's Motion for Default Judgment and to determine plaintiff's damages is **SCHEDULED** for **Wednesday, August 2, 2017 at 2:00 p.m.** at the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.

Copies sent by U.S. Mail from chambers
on July 12, 2017 to:

Lonna Kay Spelgatti
60 East Washington Street
Elizabethtown, PA  17022

Lonna Kay Spelgatti
471 Old Hershey Road, Apt. 6
Elizabethtown, PA  17022-9411