# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff<br>　　v.<br>LONNA KAY SPELGATTI<br>　　　　　Defendant | Civil Action No: 17-01423 |

FILED
MAY 30 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 30 day of May, 2018, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1.　That the public sale held on March 29, 2018 is hereby confirmed.

2.　That the Marshal is ordered and directed to execute and deliver to J. Gordon Gainer LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of LONNA KAY SPELGATTI in and to the premises sold located at 60 East Washington Street, Elizabethtown, PA 17022.

3.　That jurisdiction is retained for such further orders or decrees as may be necessary.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.