**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                 Plaintiff<br><br>vs.<br><br>LONNA KAY SPELGATTI<br><br>                 Defendant | CIVIL NO. 17-01423<br><br>**FILED**<br>JUN 20 2018<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

**ORDER**

AND NOW, this 20th day of JUNE, 2018, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 60 East Washington Street Elizabethtown, PA 17022 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

_____ J.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA  Plaintiff  vs.  LONNA KAY SPELGATTI  Defendant | CIVIL ACTION NO. 17-01423 |

## APPLICATION FOR DISTRIBUTION OF PROCEEDS

For the reasons set forth in the attached Schedule of Distribution, the United States of America, on behalf of its Agency, the United States Department of Agriculture, respectfully requests that the Court enter the Order of Distribution as required in the Motion for Judgment and Motion for Confirmation.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 17-01423 |
| vs. | |
| LONNA KAY SPELGATTI | |
| Defendant | |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser……………………………….. $29,858.00

Amount of cash received……………………………………………….$29,858.00

### TO BE DISTRIBUTED AS FOLLOWS:

Proceeds of sale to the United States Department of
Justice re: CDCS# 2017A37557………………………………………….$$29,858.00

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff<br><br>vs.<br><br>LONNA KAY SPELGATTI<br><br>        Defendant | CIVIL NO. 17-01423 |

**CERTIFICATE OF SERVICE**

I do hereby certify that this Schedule of Distribution and Certificate of Service was made upon:

    LONNA KAY SPELGATTI
    60 East Washington Street
    Elizabethtown, PA 17022

    LONNA KAY SPELGATTI
    471 Old Hershey Road
    Apt. 6
    Elizabethtown, PA 17022-9411

by mailing a true and correct copy thereof, postage prepaid, on this 19 day of June, 2018.

                                              Respectfully submitted,

                                              KML Law Group, P.C.

                                              By: _/s/ Brittni Augustin_
                                              Brittni Augustin, Legal Secretary
                                              Suite 5000 – BNY Independence Center
                                              701 Market Street
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6470