## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

          Plaintiff

CIVIL NO. 17-01423

vs.

LONNA KAY SPELGATTI

          Defendant

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser............................... $29,858.00

Amount of cash received................................................$29,858.00

### TO BE DISTRIBUTED AS FOLLOWS:

Proceeds of sale to the United States Department of
Justice re: CDCS# 2017A37557......................................$$29,858.00

                                       KML Law Group, P.C.

                                       By: _____
                                       Rebecca A. Solarz, Esquire
                                       Pennsylvania Attorney I.D. No. 315936
                                       Suite 5000 – BNY Independence Center
                                       701 Market Street
                                       Philadelphia, PA 19106-1532
                                       (215) 825-6327