

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff        CIVIL NO. 17-01423

vs.

LONNA KAY SPELGATTI

        Defendant(s)

FILED JUN 21 2018 KATE BARKMAN, Clerk By ___ Dep. Clerk

RECEIVED UNITED STATES MARSHAL 2018 JUN 15 PM 1:13 EASTERN DISTRICT OF PENNSYLVANIA

## ASSIGNMENT OF BID

**THIS ASSIGNMENT** is made this 13th day of June, 2018, by Jonathan Gordon, member of J Gordon Goiner LLC (Assignor) TO Kevin Michael Kern, Trustee of Central Penn Equity Trust (Assignees).

**WHEREAS**, Assignor was the successful bidder at the United States Marshal's Sale of March 29, 2018 for the Property known as 60 East Washington Street, Elizabethtown, PA 17022.

**WHEREAS**, Assignor, as successful bidder, assigns to Assignees its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignees accept Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania.

BY: _____
SUCCESSFUL BIDDER

As to Assignor

Sworn to and subscribed before me

This 13th day of June, 2018

_Jennifer J Pena_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Jennifer L. Pena, Notary Public
Lancaster County
My commission expires May 2, 2022
Commission number 1222493

Assignment of Bid (60 East Washington Street, Elizabethtown, PA 17022)
Page 2

I hereby accept this Assignment of Bid.

BY: _____

(Assignees) Central Penn Equity Trust
By: Kevin Michael Korn, Trustee
Address: 1525 Oregon Pike, Suite 802, Lancaster, PA 17601
Phone Number: 717-587-3675

As to Assignee

Sworn to and subscribed before me

this 13th day of June, 2018.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Jennifer L. Pena, Notary Public
Lancaster County
My commission expires May 2, 2022
Commission number 1222493